IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01659-REB-BNB

MICHAEL HATCHETT,

Plaintiff,

v.

DEPUTY ORTIZ,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Leave to Depose Plaintiff Pursuant to Fed.R.Civ.P. 30(a)(2)(b)** [docket no. 30, filed January 5, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the deposition of plaintiff can be taken at Colorado Territorial Correctional Facility on or about January 30 or 31, 2012. A copy of this Order is being sent to plaintiff's case manager in order to help coordinate setting up the deposition.

      IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

CASE MANAGER FOR
MICHAEL HATCHETT #67250
COLORADO TERRITORIAL CORRECTIONAL FACILITY
P. O. BOX 1010
CANON CITY, CO 81215-1010


DATED: January 5, 2012