IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01659-REB-BNB

MICHAEL HATCHETT,

Plaintiff,

v.

DEPUTY ORTIZ,

Defendant.
_____

## ORDER
_____

This matter arises on **Plaintiff's Motion to Extend Discovery Cutoff Deadline** [Doc. # 71, filed 9/7/2012] (the "Motion"). I held a hearing on the Motion on September 25, 2012, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 71] is GRANTED.

(2) Discovery is reopened to and including **November 16, 2012**, to allow the following discovery only:

• The plaintiff's depositions of the defendant, Deputy Jordon, and Deputy Garechana;

• The plaintiff to serve the seven requests for production identified in the Motion; and

• The defendant to obtain full and complete to written discovery previously served.

(3)     A final pretrial conference will be held in this case on **December 4, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **November 27, 2012**.

Dated September 26, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge
