IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01659-REB-BNB

MICHAEL HATCHETT,

Plaintiff,

v.

DEPUTY ORTIZ,

Defendant.
_____

## ORDER
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that on or before **January 11, 2013**, the parties shall submit a revised proposed final pretrial order modified as discussed at the final pretrial conference.

Dated January 3, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge