**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01659-REB-BNB

MICHAEL HATCHETT,

    Plaintiff,

v.

DEPUTY ORTIZ,[1]

    Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated July 15, 2013, at Denver, Colorado.

                                  **BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge

---

[1] During the Trial Preparation conference on July 12, 2013, the defendant was identified by his attorney as Deputy "Robert" Ortiz.