## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Date:              July 29, 2013

Deputy Clerk:      Kathleen Finney
Court Reporter:    Tracy Weir

**Civil Action No.  11-cv-01659-REB-BNB**

| *Parties:* | *Counsel:* |
|---|---|
| MICHAEL HATCHETT, | Michael Dulin |
| | William Meyer |
| Plaintiff, | Carollann Braum |
| v. | |
| DEPUTY ORTIZ, in his individual capacity, | Joseph Rivera |
| | Barry Schwartz |
| Defendant. | |

## COURTROOM MINUTES

**Trial to Jury - Day One**

**8:54 a.m.     Court in session.**

Appearances of counsel.  Also seated at the defendant's table is Amanda Tobey and Stefanie Raph

Jury panel is not present.

Court discussion regarding pending motions: the Plaintiff's Motion In Limine Regarding References to Plaintiff's Alleged Gang Affiliation [#111] filed July 9, 2013; the Plaintiff's Motion In Limine Regarding Prior Altercations and Criminal Record [#112] filed July 10, 2013; and plaintiff's Motion for Leave to Submit Late Designation of Witness Testimony in Lieu of Live Testimony [#117] filed July 12, 2013.

Argument by Mr. Dulin.

Argument by Mr. Rivera.

Argument by Mr. Schwartz.

Court entered findings of fact, conclusions of law, and orders.

**IT IS ORDERED as follows:**

- That Plaintiff's Motion In Limine Regarding References to Plaintiff's Alleged Gang Affiliation [#111] is **DENIED**;

- That Plaintiff's Motion In Limine Regarding Prior Altercations and Criminal Record [#112] is **DENIED** as to prior altercations;

- That plaintiff's Motion for Leave to Submit Late Designation of Witness Testimony in Lieu of Live Testimony [#117] is **DENIED**;

- That plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum [#115] filed July 12, 2013 is **DENIED as moot**; and

- That plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum [#116] filed July 12, 2013 is **DENIED as moot**.

Court discussion regarding admission of plaintiff's prior criminal history under Fed. R. Evid. 609(b).

Argument by Mr. Rivera.

Argument by Mr. Meyer.

Issue taken under advisement.

**9:23 a.m.     Court in recess.**

**9:42 a.m.     Court in session.**

Jury panel is present; 15 jurors are seated in the jury box prior to the court calling the case.

9:44 a.m.     Civil voir dire oath given to jury panel.

Opening statements by the Court.

9:48 a.m.     Mr. Dulin introduces those seated at plaintiff's table.

Mr. Rivera introduces those seated at defendant's table.

10:04 a.m.    Voir dire by Court commences.

11:03 a.m. - 11:04 a.m.    Voir dire by Mr. Dulin.

11:04 a.m.    Prospective jurors exit the courtroom.

11:07 a.m.    Statement by Mr. Dulin.

11:08 a.m.    Statement by Mr. Rivera.

Court's findings and conclusion regarding prospective juror.

**11:12 a.m.    Court in recess.**

**11:23 a.m.    Court in session.**

Jury panel is present.

Voir dire by Court continues.

Court addresses the jury panel regarding conduct during the lunch recess.

**12:01 p.m.    Court in recess.**

**1:22 p.m.    Court in session.**

Jury panel is present.

1:23 p.m.    Voir dire by Mr. Dulin.

1:45 p.m. - 1:46 p.m.    Bench conference.

1:46 p.m. - 1:47 p.m.    Voir dire by Mr. Dulin continues.

1:48 p.m.    Voir dire by Mr. Rivera.

2:05 p.m. - 2:07 p.m.    Bench conference.

2:07 p.m.    Voir dire by Court continues.

2:19 p.m. -    Voir dire by Mr. Rivera .

<u>Challenges for Cause:</u>
1.    #100260174
2.    #100279895
3.    #100270014

4. #100260489
5. #100277018
6. #100268205
7. #100263918
8. #100271502
9. #100275675
10. #100274593

Peremptory Challenges by Plaintiff:
1. #100268128
2, #100255609
3. #100242853

Peremptory Challenges by Defendant:
1. #100249300
2. #100253288
3. #100249159

2:28 p.m.    Civil jury oath administered.

Nine Jurors Sworn to Try the Case:

1. #100243570
2. #100278671
3. #100248758
4. #100263957
5. #100251488
6. #100272263
7. #100279463
8. #100254531
9. #100264061

Courtroom deputy clerk distributes the Juror Code of Conduct to jurors and parties.

Court reviews same with the jury.

**2:34 p.m.    Court in recess.**

**3:03 p.m.    Court in session.**

Out of the presence of the jury.

Court discussion regarding proposed jury instruction.

3:05 p.m.    Jury is present.

Court gives jury preliminary instructions.

Court's sequestration order is in effect.

***Exhibits Identified:*** *Stipulated Exhibits in Joint Trial Exhibit List.*

***Exhibits Admitted:*** *Stipulated Exhibits in Joint Trial Exhibit List.*

3:21 p.m.     Opening statement by Mr. Meyer.

3:50 p.m.     Opening statement by Mr. Rivera.

4:01 p.m.     Statement by the court.

4:02 p.m.     Plaintiff, Michael Hatchett, called and sworn.

Direct examination by Mr. Dulin.

***Exhibits Identified:*** *35, 55,*

***Exhibits Admitted:*** *35, 55,*

Court advises jurors regarding admonitions of trial.  Trial will resume tomorrow at 8:30 a.m.

**4:50 p.m.     Court in recess.**

Total time in court:   05:36

Trial continued.