**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01659-REB-BNB

MICHAEL HATCHETT,

    Plaintiff,

v.

DEPUTY ROBERT ORTIZ, in his individual capacity,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of nine duly sworn to try the issues herein, commencing July 29, 2013 with U.S. District Judge Robert E. Blackburn presiding, and on August 1, 2013 the jury rendered a verdict. Accordingly, It is

    ORDERED that judgment is hereby entered in favor of the defendant and against the plaintiff.  It is

    FURTHER ORDERED that the complaint and this civil action are dismissed.  It is

    FURTHER ORDERED that costs should be taxed in favor of the defendant as prescribed under Fed. R. Civ. P. 54(d)(1) and under Local Rule 54.1; and that any claim for attorney's fees shall be initiated, marshaled, and determined under applicable law.

    Dated at Denver, Colorado this     5th      day of August, 2013.

                                                            BY THE COURT:
                                                            JEFFREY P. COLWELL, CLERK

                                                            By:  s/ Edward P. Butler
                                                            Edward P. Butler, Deputy Clerk